CSD 1162 [08/22/03]
Name, Address, Telephone No. & I.D. No.

Alan Steven Wolf, Bar No. 94665
Daniel K. Fujimoto, Bar No. 158575
THE WOLF FIRM, A Law Corporation
2955 Main Street, Second Floor
Irvine, CA 92614
(949) 720-9200

Order Entered on
June 15, 2010
by Clerk U.S. Bankruptcy Court
Southern District of California

# UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

| In Re | |
|---|---|
| Joseph Isme Metoyer, Jr. aka Joseph I Metoyer aka Joseph Metoyer and Sandra Diane Metoyer aka Sandra D Metoyer aka Sandra Metoyer<br>Debtor. | BANKRUPTCY NO. 09-18075-LT13 |
| U.S. Bank National Association, as trustee for the holders of the First Franklin Mortgage Loan Trust Mortgage Pass-Through Certificates, Series 2005-FF9<br>Moving Party | RS NO.    ASW-1 |
| Joseph Isme Metoyer, Jr. aka Joseph I Metoyer aka Joseph Metoyer and Sandra Diane Metoyer aka Sandra D Metoyer aka Sandra Metoyer, Debtors; Thomas H Billingslea, Chapter 13 Trustee; and Home Loan Services Inc, Junior Lien Holder;<br>Respondent(s) | |

## ORDER ON NONCONTESTED MOTION FOR RELIEF FROM AUTOMATIC STAY
☑ REAL PROPERTY     ☐ PERSONAL PROPERTY

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2) through __4__ with exhibits, if any, for a total of __4__ pages, is granted. Motion Docket Entry No. __33__.

//
//
//
//

DATED: June 15, 2010

Judge, United States Bankruptcy Court

Signature by the attorney constitutes a certification under Fed. R. of Bankr. P. 9011 that the relief in the order is the relief granted by the court.

Submitted by:

THE WOLF FIRM
(Firm name)

By: /s/ ALAN STEVEN WOLF
    Attorney for Movant

CSD 1162

CSD 1162 [08/22/03] (Page 2)
ORDER ON NON-CONTESTED MOTION FOR RELIEF FROM AUTOMATIC STAY ON REAL OR PERSONAL PROPERTY
DEBTOR: Joseph Isme Metoyer, Jr. aka Joseph I Metoyer aka Joseph Metoyer and Sandra Diane Metoyer    CASE NO: 09-18075-LT13
aka Sandra D Metoyer aka Sandra Metoyer    RS NO.: ASW-1

The Motion of U.S Bank National Association, as trustee for the holders of the First Franklin Mortgage Loan Trust Mortgage Pass-Through Certificates, Series 2005-FF9,

("Movant"), for relief from the automatic stay having been filed with the above-entitled court on May 25, 2010, and

The Notice of Filing of a Motion for Relief from Automatic Stay (a file-stamped copy of which is attached hereto as Exhibit A OR Notice Docket Entry No. 34, if filed electronically), the Motion, and accompanying Declarations having been served upon the parties named below on May 25, 2010, and

- [✓] Debtor *(Name)*: Joseph Isme Metoyer, Jr. aka Joseph I Metoyer aka Joseph Metoyer and Sandra Diane Metoyer aka Sandra D Metoyer aka Sandra Metoyer
- [✓] Debtor's Attorney *(Name)*: Kristin Lamar
- [✓] Trustee *(Name)*: Thomas H Billingslea, Jr.
- [ ] United States Trustee (in Chapter 11 & 12 cases), and
- [✓] Others, if any *(Name)*:
  Junior Lien Holder: Home Loan Services Inc.

No objection or Request for Hearing having been filed by or on behalf of the Debtor, IT IS HEREBY ORDERED as follows:

The automatic stay pursuant to 11 U.S.C. Section 362 is hereby terminated for all purposes as to Movant in connection with the estate's and the debtor's interest in

1. [✓] The following real property:

    a. Street address of the property including county and state:

    334 Holiday Way
    Oceanside, CA 92057
    (San Diego County)

    b. Legal description is [✓] attached as Exhibit A or [ ] described below:

2. [ ] The following personal property as described [ ] below or [ ] in Exhibit B attached:

IT IS FURTHER ORDERED that *(Optional)*:
The 14 day stay described by Bankruptcy Rule 4001(a)(3) is waived.

CSD 1162

*Signed by Judge Laura Stuart Taylor June 15, 2010*

# EXHIBIT A

37174

# EXHIBIT "A"

LOT 355 OF WHELAN RANCH UNIT NO. 5, IN THE CITY OF OCEANSIDE, COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, ACCORDING TO MAP THEREOF NO. 11626, FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY, SEPTEMBER 23, 1986.

EXCEPTING THEREFROM ALL COAL, OIL, GAS, PETROLEUM AND OTHER HYDROCARBON SUBSTANCES IN AND UNDER SUCH PROPERTY, GRANTOR, ITS SUCCESSORS AND ASSIGNS, RETAINING THE EXCLUSIVE TITLE AND RIGHT TO REMOVE SAID SUBSTANCES, TOGETHER WITH SOLE RIGHT TO NEGOTIATE AND CONCLUDE LEASES AND AGREEMENT WITH RESPECT TO ALL SUCH SUBSTANCES UNDER THE PROPERTY, AND TO USE THOSE PORTIONS OF THE PROPERTY WHICH UNDERLIE A PLANE PARALLEL TO AND 500 FEET BELOW THE PRESENT SURFACE OF THE PROPERTY FOR THE PURPOSE OF PROSPECTING FOR, DEVELOPING AND/OR EXTRACTING SUCH SUBSTANCES FROM THE PROPERTY BY MEANS OF WELLS DRILLED INTO OR THROUGH SAID PORTIONS OF THE PROPERTY FROM DRILL SITES LOCATED ON OTHER PROPERTY, IT BEING EXPRESSLY UNDERSTOOD AND AGREED THAT GRANTOR, ITS SUCCESSORS AND ASSIGNS, SHALL HAVE NO RIGHT TO ENTER UPON THE SURFACE OF THE PROPERTY OR ANY PORTION THEREOF ABOVE THE LEVEL OF THE AFORESAID PLANE.